**DUANE MORRIS LLP**
Robert M. Hirsh (RH-5499)
380 Lexington Ave.
New York, New York 10168
Telephone No.: (212) 692-1000

*Special Purpose Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : Case No. 03-16113-PCB |
| IMPATH INC., et al., | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent by First Class Mail this 28th day of February, 2005, to the following parties:

                       /s/ ROBERT M. HIRSH_____
                        **ROBERT M. HIRSH**

Paul K. Schwartzberg, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway
25th Floor
New York, New York 10019
Attention: Schuyler G. Carroll

Mayer Brown Rowe and Maw
1675 Broadway
New York, New York 10019
Attention: Frederick D. Hyman, Esq.

NY\274744.1

John J. Jerome, Esq.
Saul Ewing LLP
1500 Market Street
Philadelphia, PA 19102

Joyce A. Kuhns
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201

XRoads Solutions Group
400 Madison Avenue, 3rd Floor
New York, New York 10017
Attention:  Holly Etlin

Impath, Inc.
11 Penn Plaza, 5th Floor
New York, New York 10001
Attention: E. Rocky Bendrihem